IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JAY WINFRED TATE, an Individual and as Co-Personal Representative of the ESTATE JOSHUA WINFRED TATE, Deceased, and LAURA A. DANIEL, an Individual and as Co-Personal Representative of the ESTATE OF JOSHUA WINFRED TATE, Deceased,<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>Defendant. | Case No. 15-CV-1128-D |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs, Jay Winfred Tate, an Individual and as Co-Personal Representative of the Estate of Joshua Winfred Tate, Deceased, and Laura A. Daniel, an Individual and as Co-Personal Representative of the Estate of Joshua Winfred Tate, Deceased, and Defendant Ford Motor Company, hereby stipulate that this action and all claims against Ford Motor Company shall be dismissed with prejudice. Each party is to bear its own costs and attorneys' fees.

1

Respectfully submitted,

/s/ Bennett A. Midlo
Bennett A. Midlo, *Pro Hac Vice*
Texas State Bar No. 14025450
The Ammons Law Firm, LLP
3700 Montrose Blvd.
Houston, TX 77006
Telephone (713) 523-1606
bennett@ammonslaw.com

Dustin L. Compton, OBA# 22854
Compton Law Firm
PO Box 1022
Hinton, OK 73047
dustin@comptonlawfirm.com
Telephone (405) 542-2529

*Attorneys for Plaintiffs*


MCAFEE & TAFT

/s/ Brita H. Cantrell
Mary Quinn Cooper, OBA # 11966
Andrew L. Richardson, OBA # 16298
Brita H. Cantrell, OBA # 12327
Jason McVicker, OBA # 31150
Williams Tower II
Two West 2nd Street, Suite 1100
Tulsa OK  74103
(918) 587-0000 FAX (918) 599-9317
Maryquinn.cooper@mcafeetaft.com
Andrew.richardson@mcafeetaft.com
Brita.cantrell@mcafeetaft.com
Jason.mcvicker@mcafeetaft.com

*Attorneys for Defendant Ford Motor Company*